# NO. 12-10-00180-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RICHARD S. BLAKELEY,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Richard Shane Blakeley pleaded guilty to indecency with a child and was sentenced to fifteen years of imprisonment.

On June 15, 2010, Appellant filed a notice of appeal because the trial court did not respond to his motion for forensic DNA testing. On that same day, this court notified Appellant, pursuant to Texas Rule of Appellate Procedure 37.2, that the information received in this appeal does not contain a final judgment or other appealable order. Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before July 15, 2010 to show the jurisdiction of this court. That deadline has now passed, and Appellant has not furnished this court with a final judgment or other appealable order.

Without a final judgment or other appealable order, this court has no jurisdiction of the appeal. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered July 21, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)